IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LEON HAWKINS,

    Plaintiff,

v.                                              Case No. 1:24-cv-01245-JDB-jay

JUDGE OWENS,

    Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

    Before the Court is the complaint filed by the Plaintiff, Leon Hawkins, proceeding pro se. By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation. Admin. Order 2013-05. Magistrate Judge Jon A. York conducted a screening review of the complaint under 28 U.S.C. § 1915(e)(2)(B) because Plaintiff is proceeding in forma pauperis. (Docket Entry ("D.E.") 7 at PageID 17.) After reviewing the allegations, Judge York recommended dismissal. (*Id.* at PageID 21.) At the end of the Report and Recommendation, the Magistrate Judge notified Hawkins that, if he disagreed with the recommendation, he was required to file an objection or exception within 14 days. (*Id.*) Judge York added that "failure to file [an objection or exception] within fourteen (14) days may constitute a waiver and/or forfeiture of objections, exceptions, and any further appeal. (*Id.* (emphasis omitted).)

    Plaintiff has not objected to the Magistrate Judge's report and recommendation and the time for doing so has expired. Hawkins, consequently, has forfeited his objections to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). Accordingly,

upon review of the record, the report and recommendation is ADOPTED and the action is DISMISSED with prejudice.

    IT IS SO ORDERED this 7th day of February 2025.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE